1   DENISE M. MINGRONE (STATE BAR NO. 135224)
    dmingrone@orrick.com
2   ROBERT L. URIARTE (STATE BAR NO. 258274)
    ruriarte@orrick.com
3   KAYVAN GHAFFARI (STATE BAR NO. 299152)
    kghaffari@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
5   Menlo Park, CA 94025-1015
    Telephone:   +1 650 614 7400
6   Facsimile:   +1 650 614 7401

7   Attorneys for Plaintiff, SYNOPSYS, INC.

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>FORTINET, INC., and DOES 1-20, inclusive,<br><br>    Defendants. | Case No. 3:19-cv-00853-JD<br><br>[PROPOSED] **JUDGMENT AND ORDER** |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

PROPOSED JUDGMENT AND ORDER
3:19-CV-00853-JD

WHEREAS Plaintiff Synopsys, Inc. ("Plaintiff") and Defendant Fortinet, Inc. ("Defendant") are parties to a civil action entitled *Synopsys, Inc. v. Fortinet, Inc., et al.*, in the United States District Court for the Northern District of California, San Francisco Division, Case No. 3:19-cv-00853-JD (the "Litigation");

WHEREAS Plaintiff has alleged that the Defendant violated the Digital Millennium Copyright Act ("DMCA"), the Copyright Act and its existing agreements with Synopsys (collectively "Synopsys' Complaint"); and

NOW THEREFORE, in consideration of the foregoing and in consideration of the payments, promises and mutual undertakings set forth herein and in the Parties' Confidential Settlement Agreement ("Agreement") executed by Plaintiff and Defendant and incorporated herein by this reference, the sufficiency of which is hereby acknowledged, the Parties stipulate as follows:

1. Defendant, including its employees, agents, contractors and consultants are permanently restrained and enjoined from accessing, using, modifying, distributing or selling any Synopsys applications or any electronic files associated with the use of or access to any Synopsys applications, including but not limited to license key files, without a valid license. This provision specifically prohibits Defendant's employees, agents, contractors and consultants from altering identifying information on Defendant's license server computers including but not limited to altering the unique identifier known as the "Host ID" which Fortinet provides to Synopsys to enable Fortinet to run Synopsys' license server. Defendant, including its employees, agents, contractors and consultants may use or access Synopsys applications only pursuant to a valid Synopsys license(s) and pursuant to the terms and conditions specified by said license(s).

2. This Court shall retain jurisdiction of this matter to enforce the terms of the Agreement without the necessity of any party's filing a separate lawsuit to do so. In any contest over an alleged violation of this Agreement, the prevailing party shall recover its reasonable attorneys' fees and costs.

3. All claims filed herein are hereby dismissed with prejudice. Each party shall bear its own fees and costs.

| | | |
|---|---|---|
| Dated: April 26, 2019 | | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | By: | *[signature]* |
| | | DENISE M. MINGRONE |
| | | Attorneys for Plaintiff, SYNOPSYS, INC. |
| Dated: April 26, 2019 | | FORTINET, INC. |
| | By: | *[signature]* |
| | | WILLIAM COOPER |
| | | Attorneys for Defendant, FORTINET, INC. |

## CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated: April 26, 2019        By: */s/ Denise Mingrone*
                                  DENISE MINGRONE

**IT IS SO ORDERED.**

Dated: April 30, 2019        _____
                              *[signature]* Judge James Donato
                              UNITED STATES DISTRICT COURT
                              NORTHERN DISTRICT OF CALIFORNIA

4143-0313-6028

- 2 -

PROPOSED JUDGMENT AND ORDER
3:19-CV-00853-JD

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY